UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KIMBERLY MONIQUE CHRISTIAN                                    PLAINTIFF

V.                                        CIVIL ACTION NO. 3:25-CV-357-KHJ-MTP

CAPTAIN STEPHANIE HORN                                        DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure

58, the Court enters this Final Judgment dismissing this case without prejudice.

This case is closed.

SO ORDERED AND ADJUDGED, this 18th day of May, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE